STATE OF MONTANA,
                    Plaintiff,                          NO. 9124
            vs.                                         DECISION
Martin R. Swan,
                    Defendant.

On June 24, 1998, the Defendant was sentenced to ten (10) years in the Montana State Prison, with credit given for 592 days jail time previously served.

On November 6, 1998, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Larry Mansch. The state was represented by Fred VanValkenburg.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 6th day of November, 1998.

DATED this 30th day of November, 1998.

**Chairman, Hon. Wm. Nels Swandal, Member, Hon. Jeffrey H. Langton and Member, Hon. Richard G. Phillips.**

The Sentence Review Board wishes to thank Larry Mansch and Fred VanValkenburg for representing Mr. Swan and the State in this matter.